IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Kimberly M. Russell

_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

FN America, LLC

_____

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

**Complaint for a Civil Case**

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial:    ☐ Yes    ☐ No
              (check one)

RECEIVED
USDC CLERK, COLUMBIA, SC
2023 SEP 20 PM 2: 51

**I.    The Parties to This Complaint**

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  *Kimberly M. Russell*
Street Address        *317 Peppercorn Lane*
City and County       *Columbia and Richland*
State and Zip Code    *SC and 29223*
Telephone Number      *(803) 851-4042*

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                  *FN America, LLC*
Job or Title
(if known)
Street Address        *797 OID Clemson Road*
City and County       *Columbia    Richland*
State and Zip Code    *SC          29229*
Telephone Number      *803 - (803) 258-3500*

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number

Defendant No. 3

Name

2

Job or Title
(if known)                    _____

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

Defendant No. 4

Name                          _____

Job or Title
(if known)                    _____

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐  Federal question                ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*This Court has jurisdiction over the subject matter for race-based discrimination under Section 1981 of the Civil Rights Act and Retaliation*

3

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

            The plaintiff, *(name)* _Kimberly Russell_ , is a citizen of the State of *(name)* _South Carolina_ .

        b.    If the plaintiff is a corporation

            The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

            The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        b.    If the defendant is a corporation

            The defendant, *(name)* _FN America, LLC_, is incorporated under the laws of the State of *(name)* _South Carolina_, and has its principal place of business in the State of *(name)* _South Carolina_. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

A Sum of $300,000.⁰⁰ in compensation damages and other costs be-cause of discrimination and retaliation that I suffered

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff, Kimberly Russell, brings this action pursuant to Race discrimination under Section 1981 of the Civil Rights Act. FN America was in violation of my federally protected rights when they took adverse employment actions against me, to include my termination because I am a black female. Showing favoritism toward a white male. I submitted a vacation request months ahead of the and was given a corrective action on Aug. 30, 2019 and layoff on Sept. 20, 2019, in retaliation con. I told my manager about the racist behavior against me

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(a) A retroactive promotion with all attendant back pay, benefits and other emoluments of employment.
(b) Pay for discriminatory/retaliatory treatment culture.
(c) Cost and reasonable attorneys fees incurred with this lawsuit with interest thereon, and (d) other damages and further relief as deemed just. (e) the sum of $300,000.00 in compensatory damages suffered because of the discrimination and retaliation.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Sept 20_, 2023

Signature of Plaintiff _Kimberly Russell_
Printed Name of Plaintiff _Kimberly Russell_

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

6